**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
Eastern District of New York

Case number (If known): _____ Chapter 7

☐ Check if this is an amended filing

Official Form 105

# Involuntary Petition Against an Individual

12/15

Use this form to begin a bankruptcy case against an individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against a Non-individual* (Official Form 205). Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:
   ☒ Chapter 7
   ☐ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's full name**

   Santo
   First name

   _____
   Middle name

   Barretta
   Last name

   _____
   Suffix (Sr., Jr., II, III)

3. **Other names you know the debtor has used in the last 8 years**

   Sam Barretta, Santo Barretta, Santos Barretta, Santo P. Barretta

   Include any assumed, married, maiden, or trade names, or *doing business as* names.

4. **Only the last 4 digits of debtor's Social Security Number or federal Individual Taxpayer Identification Number (ITIN)**

   ☒ Unknown

   XXX – XX – ____ ____ ____ ____     OR     9 XX – XX – ____ ____ ____ ____

5. **Any Employer Identification Numbers (EINs) used in the last 8 years**

   ☒ Unknown

   ___ ___ – ___ ___ ___ ___ ___ ___ ___
   EIN

   ___ ___ – ___ ___ ___ ___ ___ ___ ___
   EIN

---

Official Form 105                Involuntary Petition Against an Individual                page **1**

Debtor  **Barretta, Santo**  Case number (if known) _____

| 6. Debtor's address | **Principal residence** | **Mailing address, if different from residence** |
|---|---|---|

707 John Street
Number    Street

Baldwin            NY    11510
City              State  ZIP Code

_____
County

**Principal place of business**

_____
Number    Street

_____
City              State  ZIP Code

_____
County

**7. Type of business**

☑ Debtor does not operate a business

*Check one if the debtor operates a business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**8. Type of debt**

**Each petitioner believes:**

☐ **Debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ **Debts are primarily business debts.** *Business debts* are debts that were incurred to obtain money for a business or investment or through the operation of the business or investment.

**9. Do you know of any bankruptcy cases pending by or against any partner, spouse, or affiliate of this debtor?**

☑ No
☐ Yes. Debtor _____ Relationship _____
    District _____ Date filed _____ Case number, if known _____
                         MM / DD / YYYY

    Debtor _____ Relationship _____
    District _____ Date filed _____ Case number, if known _____
                         MM / DD / YYYY

Official Form 105        Involuntary Petition Against an Individual        page **2**

Debtor _____    Case number (if known)_____

## Part 3: Report About the Case

**10. Venue**

Reason for filing in this court.

Check one:

☒ Over the last 180 days before the filing of this bankruptcy, the debtor has resided, had the principal place of business, or had principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

☐ Other reason. Explain. (See 28 U.S.C. § 1408.) _____

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked*:

☒ The debtor is generally not paying such debtor's debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☒ No

☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| APC River Partners LLC<br>1133 Broadway, Suite 708<br>New York, NY 10010-8065 | Judgment entered 10/7/16<br>(NY Sup. Ct., Suffolk Cty)<br>(amount as of entry) | $ 2,504,421.37 |
| APC claims interest from date of entry of judgment at 9% p.a. | | $ _____ |
| | | $ _____ |
| | Total | $ 2,504,421.37 |

If more than 3 petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's (or representative's) signature under the statement, along with the signature of the petitioner's attorney, and the information on the petitioning creditor, the petitioner's claim, the petitioner's representative, and the attorney following the format on this form.

Debtor: Barretta, Santo

Case number (if known) _____

## Part 4: Request for Relief

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct. Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i).

**Petitioners or Petitioners' Representative**

X _[signed: Jamil Sim]_

Signature of petitioner or representative, including representative's title: *President American Properties Corporation, Manager of APC River Partners, LLC*

Jamil Simon
Printed name of petitioner

Date signed: 11 / 30 / 2016
MM / DD / YYYY

**Mailing address of petitioner**

1133 Broadway, Suite 708
Number  Street

New York          NY        10010
City              State     ZIP Code

**If petitioner is an individual and is not represented by an attorney:**

Contact phone _____
Email _____

**Name and mailing address of petitioner's representative, if any**

Name _____

Number  Street _____

City    State   ZIP Code

**Attorneys**

X _[signature]_
Signature of attorney

Paul A. Levine
Printed name

Lemery Greisler LLC
Firm name, if any

50 Beaver Street
Number  Street

Albany          NY       12207
City            State    ZIP Code

Date signed: 12 / 1 / 16
MM / DD / YYYY

Contact phone 518 433-8800   Email plevine@lemerygreisler.co

Official Form 105              Involuntary Petition Against an Individual              page 4

Debtor    Warner, Sara L.                                    Case number (if known)

✗ _____
Signature of petitioner or representative, including representative's title

_____
Printed name of petitioner

Date signed    ___ / ___ / _____
               MM  /  DD  / YYYY

**Mailing address of petitioner**

_____
Number    Street

_____
City                State        ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City        State ZIP Code

✗ _____
Signature of Attorney

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____
City                State        ZIP Code

Date signed    ___ / ___ / _____
               MM  /  DD  / YYYY

Contact phone _____    Email _____

✗ _____
Signature of petitioner or representative, including representative's title

_____
Printed name of petitioner

Date signed    ___ / ___ / _____
               MM  /  DD  / YYYY

**Mailing address of petitioner**

_____
Number    Street

_____
City                State        ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City                State        ZIP Code

✗ _____
Signature of Attorney

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____
City                State        ZIP Code

Date signed    ___ / ___ / _____
               MM  /  DD  / YYYY

Contact phone _____    Email _____